IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01959-MSK-MJW

QFA ROYALTIES LLC,

       Plaintiff,

v.

LEONID ZBARSKY,
MONICA ZBARSKY, and
LEMONICA INC., a New Jersey corporation,

       Defendants.

---

### ORDER SETTING RULE 16 HEARING

THIS MATTER comes before the Court upon a Complaint for Declaratory Relief filed by the Plaintiff. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1)    A hearing is set for **January 6, 2006 at 9:00 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel who will try the case shall attend the hearing.

(2)    No later than **December 7, 2005**, the parties shall meet and confer regarding the contents of the proposed scheduling order pursuant to Fed. R. Civ. P. 26(f).

(3)    On or before **December 28, 2005**, and in conformance with Fed. R. Civ. P. 26(f), D.C.COLO.LCivR 16.1, 16.2 and 26.1, and this Order, the parties shall prepare and submit a proposed scheduling order. The proposed scheduling order shall be in the form specified by D.C.COLO.LCivR Appendix F **except** that:

    (a)    It shall not contain a signature line for a judicial officer.
    (b)    It shall address the following:
        • The identity and pertinent provisions of the applicable contracts.
        • The particular dispute regarding such provisions.
        • The stipulated facts which bear upon the Court's interpretation of

       the contracts.
-   Whether discovery is needed and if so, what discovery is related to the issue of interpretation of the contracts.
-   Whether discovery is needed as to another issue.

 (c) It shall not address the matters set forth in Section 2 (Statement of Claims and Defenses), Section 7 (Case Plan and Schedule), Section 9 (Other Scheduling Issues) or Section 10 (Dates for Further Conferences) of Appendix F.

(4) At the scheduling conference, the parties shall be prepared to address the issues covered by the proposed scheduling order and any other issues enumerated in Fed. R. Civ. P. 16(c).

(5) No later than **November 2, 2005**, the Plaintiff shall serve a copy of this Order on the Defendant with the Complaint, or without the Complaint if the Complaint has already been served on the Defendant, and file a certificate of service with the Court no later than **November 9, 2005.**

Dated this 19th day of October, 2005.

              **BY THE COURT:**

              *[signature: Marcia S. Krieger]*

              Marcia S. Krieger
              United States District Judge